United States District Court
Southern District of Texas
**ENTERED**
October 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AUTUMN RENEE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-281 |
| § | |
| FELIPE SANTIAGO PERALEZ, III, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER SETTING MEDIATION

On referral from the District Court, and after consulting with counsel for the parties, **a Mediation will be held before the undersigned on Monday, November 13, 2017, at 9:00 a.m.**

Unless excused in advance by the Court, the attorney-in-charge shall appear at the mediation with the party or a party representative with full authority to negotiate and to settle the case. The parties' personal appearance will enhance the efficiency and effectiveness of the mediation by reducing the time for communication of offers and expanding the ability to explore options for settlement.

On the date of the mediation, Plaintiff and her counsel shall come first to the undersigned's courtroom on the 8th floor so that appropriate arrangements can be made for her participation. Any Defendants who are participating in the mediation shall appear with counsel in the grand jury room on the 2nd floor of the courthouse. Should Mr. Peralez wish to attend without counsel, he shall also go to the grand jury room on the 2nd floor.

At least <u>three days before the mediation, each party shall submit a confidential settlement statement</u>, which shall be for the exclusive use of the magistrate judge in preparing for and conducting the mediation. The settlement statement shall include a concise statement of the

relevant facts and legal issues (with reference to pleadings on file if appropriate), the parties' position on settlement, and settlement efforts to date.

***Do not file the confidential settlement statement*** with the Clerk; instead, send or fax it to the undersigned at Suite 805, 1701 W. Business Highway 83, McAllen, Texas 78501; fax no. 956-618-8044.  The settlement statement should be marked "**Confidential – Do Not File**" and ***copies need not be provided to the other parties*** in the case.  All matters communicated to the undersigned in confidence, including the settlement statement, will be kept confidential.

To further aid in making the mediation productive, counsel are directed to confer with their clients beforehand to explore the party's settlement position and best settlement proposal.  The parties are also encouraged to exchange settlement proposals prior to the mediation.  At the mediation, counsel for each party will have the opportunity to make a brief presentation summarizing the factual and legal highlights of their case.

The Clerk shall send a copy of this Order to counsel for the parties and Mr. Peralez.

DONE at McAllen, Texas on October 17, 2017.

*[signature]*
Peter E. Ormsby
United States Magistrate Judge