IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

AUTUMN RENEE,                                    )
     Plaintiff

Vs.                                              )

FELIPE SANTIAGO PERALES, III,
GEOVANNI HERNANDEZ, RAMON          )     CIVIL NO. 7:16-cv-00281
GONZALES, FELICIANO RAMOS,
JULIA CRUZ, NANCY VENECIA,
ELIZABETH GARZA, ABELARDO          )
GUTIERREZ, MIKE ALANIZ, ROEL
BERMEA, CITY OF LA JOYA, And
CITY OF PENITAS,
     Defendants                               )

## PARTIES JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE

**TO THE HONORABLE JUDGE OF THIS COURT, ALL PARTIES AND MEDIATOR:**

    The parties give notice to this Honorable Court that this entire case has settled.

                Respectfully submitted,

REGINALD E. MCKAMIE, SR.
State Bar No. 13686750
1900 W. Gray Street, Unit 131558
Houston, Texas 77219
Tel: (713) 465-2889
Fax: (713) 465-2894
Email: reginaldmckamie@gmail.com
**ATTORNEY FOR PLAINTIFF**

<u>CERTIFICATE OF SERVICE</u>

I certify that true and correct copies of the foregoing and within have been served on Novtember 29, 2017 in accordance with the Federal Rules of Civil Procedure, to wit:

Ricardo J. Navarro
Denton Navarro Rocha Hyde & Zack
701 E. Harrison, Suite 100
Harlingen, Texas 78550
Email: rjnavarro@rampage-rgv.com
Via: Hand Delivery

Eileen Leeds
Guerra Leeds Sabo & Hernandez
1534 East Sixth Street
Brownsville, Texas
Via Email, at eleeds@guerraleeds.com

Felipe Santiago Peralez, III
1001 Tabasco Rd.
La Joya, Texas 78560
(Pro se litigant)
Via United States Mail

REGINALD E. MCKAMIE, SR.